# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CIVIL NO. 1:09CV222

| | |
|---|---|
| JEFFREY D. GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| USPS PMG JOHN POTTER; ) | |
| CHENISE LIPSCOMB; RUSSELL ) | |
| GARDNER; and GREG GAMBLE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for reconsideration of his application to proceed in *forma pauperis* and/or for an extension of time in which to pay the required filing fees.

The Court has reviewed the Plaintiff's request for reconsideration and finds nothing therein that was not considered in its prior ruling. However, the Court will provide Plaintiff with a modest extension of time in which to pay the required fees herein.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for reconsideration is **ALLOWED**; having reconsidered his application to

proceed in *forma pauperis*, the Court's previous Order denying in *forma pauperis* status is **AFFIRMED.**

**IT IS FURTHER ORDERED** that Plaintiff's request for additional time in which to pay the required fees is **ALLOWED**, and such payment is due on or before **AUGUST 3, 2009.**

The Plaintiff is again warned that failure to pay the filing fee, or absent a showing of good cause for such failure, will result in this matter being summarily dismissed.

Signed: July 16, 2009

Lacy H. Thornburg
United States District Judge