# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jeffrey Dale Gregory,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   1:09cv222

John Potter, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/4/10 Order.

FRANK G. JOHNS, CLERK

June 4, 2010

BY: s/Sharon Wilson
    Sharon Wilson, Deputy Clerk